# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   BRYON R GRAVES                §
         NICCOLE GRAVES                §   Case No.: 08-26587
                                       §
                                       §
         Debtor(s)                     §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/03/2008.

2) This case was confirmed on 12/11/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/11/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/01/2009.

5) The case was completed on 11/29/2011.

6) Number of months from filing to the last payment: 38

7) Number of months case was pending: 42

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $  37,260.00

10) Amount of unsecured claims discharged without payment $  77,774.66

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**
- Total paid by or on behalf of the debtor     $ 42,734.00
- Less amount refunded to debtor     $ 1,154.00
- **NET RECEIPTS**     $ 41,580.00

**Expenses of Administration:**

- Attorney's Fees Paid through the Plan     $ 2,831.86
- Court Costs     $ .00
- Trustee Expenses and Compensation     $ 2,597.24
- Other     $ .00

**TOTAL EXPENSES OF ADMINISTRATION**     $ 5,429.10

Attorney fees paid and disclosed by debtor     $ 668.14

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WILSHIRE CREDIT CORP | OTHER | .00 | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | 205,000.00 | .00 | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOA | UNSECURED | 13,632.45 | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | OTHER | .00 | NA | NA | .00 | .00 |
| DEUTSCHE BANK | SECURED | 163,198.00 | 157,796.69 | .00 | .00 | .00 |
| JOHNSON BLUMBERG & A | OTHER | .00 | NA | NA | .00 | .00 |
| WILSHIRE CREDIT CORP | OTHER | .00 | NA | NA | .00 | .00 |
| REAL TIME RESOLUTION | SECURED | 21,802.00 | 39,169.06 | .00 | .00 | .00 |
| REAL TIME RESOLUTION | UNSECURED | 18,462.00 | NA | NA | .00 | .00 |
| AMERICREDIT FINANCIA | SECURED | 7,000.00 | 9,733.46 | 9,733.46 | 9,733.46 | 849.03 |
| AMERICREDIT FINANCIA | UNSECURED | 3,209.14 | NA | NA | .00 | .00 |
| AMERICREDIT FINANCIA | OTHER | .00 | NA | NA | .00 | .00 |
| TOYOTA MOTOR CREDIT | SECURED | 11,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 655.23 |
| TOYOTA MOTOR CREDIT | UNSECURED | 3,000.00 | 1,771.52 | 1,771.52 | 406.26 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 756.00 | 2,000.00 | 2,000.00 | 2,000.00 | .00 |
| EAST BAY FUNDING | UNSECURED | 567.99 | 567.99 | 567.99 | 130.26 | .00 |
| AFNI INC | OTHER | .00 | NA | NA | .00 | .00 |
| ALLIED INTERSTATE | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | .00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 1,098.69 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 6,442.00 | 6,672.04 | 6,672.04 | 1,530.10 | .00 |
| BANK OF AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL RECOVERY/BAN | UNSECURED | 5,380.00 | 4,785.93 | 4,785.93 | 1,097.56 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BANK OF AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 488.00 | 488.37 | 488.37 | 112.00 | .00 |
| SPRINT | UNSECURED | 1,003.00 | 1,011.98 | 1,011.98 | 233.02 | .00 |
| CAVALRY PORTFOLIO SV | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2,300.00 | 1,856.48 | 1,856.48 | 425.75 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| CCA | UNSECURED | 94.95 | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | 2,950.00 | 2,933.99 | 2,933.99 | 672.85 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,321.00 | 1,360.77 | 1,360.77 | 312.07 | .00 |
| GEORGIA POWER CO | UNSECURED | 119.00 | 118.59 | 118.59 | .00 | .00 |
| HEALTH CARE ASSO | UNSECURED | 17,030.45 | 13,997.72 | 13,997.72 | 3,210.10 | .00 |
| HEALTH CARE ASSOC | OTHER | .00 | NA | NA | .00 | .00 |
| HEALTHCARE ASSOC CRE | UNSECURED | 732.00 | 732.92 | 732.92 | 168.08 | .00 |
| HEALTHCARE ASSOC CRE | UNSECURED | 1,584.00 | 1,584.07 | 1,584.07 | 363.27 | .00 |
| MOIRA FLETCHER | UNSECURED | .00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 95.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 459.00 | NA | NA | .00 | .00 |
| PORTFOLIO ACQUISITIO | UNSECURED | 640.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 658.00 | 668.89 | 668.89 | 153.40 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 70.23 | 70.23 | 70.23 | 15.84 | .00 |
| RJM ACQUISTIONS | OTHER | .00 | NA | NA | .00 | .00 |
| SCANA ENERGY MARKETI | UNSECURED | 657.00 | 657.28 | 657.28 | 150.73 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 31,351.00 | 39,716.84 | .00 | .00 | .00 |
| US DEPT OF HOMELAND | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| VICTORIAS SECRET | UNSECURED | 1,046.00 | NA | NA | .00 | .00 |
| GEMB/WALMART | UNSECURED | 666.46 | NA | NA | .00 | .00 |
| PBC OF MARYLAND | OTHER | .00 | NA | NA | .00 | .00 |
| WALMART | OTHER | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,950.00 | 1,984.41 | 1,984.41 | 455.08 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,960.00 | 2,003.38 | 2,003.38 | 459.44 | .00 |
| WEST ASSET MANAGEMEN | UNSECURED | 878.00 | NA | NA | .00 | .00 |
| GMAC MORTGAGE/WELLS | OTHER | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 4,237.09 | 4,237.09 | 971.69 | .00 |
| REAL TIME RESOLUTION | SECURED | NA | 1,916.03 | .00 | .00 | .00 |
| DEUTSCHE BANK | SECURED | NA | 12,656.07 | .00 | .00 | .00 |
| HEALTH CARE ASSO | SECURED | NA | .00 | .00 | .00 | .00 |
| TOMMIE TAYLOR | OTHER | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 202.50 | 202.50 | 45.68 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 1,150.25 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 21,733.46 | 21,733.46 | 1,504.26 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 21,733.46 | 21,733.46 | 1,504.26 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 2,000.00 | 2,000.00 | .00 |
| **TOTAL PRIORITY:** | 2,000.00 | 2,000.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 47,706.15 | 10,913.18 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 5,429.10 |
| Disbursements to Creditors | $ | 36,150.90 |
| **TOTAL DISBURSEMENTS:** | $ | 41,580.00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    03/29/2012                                /s/ Tom  Vaughn
                                                    Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**